1  McGREGOR W. SCOTT
   United States Attorney
2  EDWARD A. BAKER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   CHAD A. READLER
6  Acting Assistant Attorney General
   MICHAEL D. GRANSTON
7  PATRICIA L. HANOWER
   JOHN HENEBERY
8  U.S. Department of Justice
   Room 9224
9  601 D Street, NW
   Washington, DC  20004
10 Telephone: (202) 305-7726
   Facsimile:  (202) 514-7361
11
   Attorneys for Plaintiff
12 United States of America

13                     IN THE UNITED STATES DISTRICT COURT

14                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.*, LABORATORY RESEARCH, LLC, <br><br> Plaintiffs, <br><br> -vs- <br><br> SPECTRA LABORATORIES, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA, <br><br> Defendants. | CASE NO. 2:17-CV-1185 TLN-CKD <br><br> **ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** <br><br> **[FILED UNDER SEAL]** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint (including amendments) be unsealed and served upon the Defendants by the Relator;

ORDER ON UNITED STATES' NOTICE OF ELECTION               1
TO DECLINE INTERVENTION

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

　　IT IS SO ORDERED.

DATED: August 10, 2018

Troy L. Nunley
United States District Judge